**STATE of Missouri, Respondent,**

v.

**Frederick Wayne BOYER, Appellant.**

No. ED 73547.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 26, 1999.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl Caponegro Nield, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the judgment upon his conviction by a jury of murder in the second degree for the death of his passenger during the commission of his seventh drunk driving offense. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).